**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Helen Jean ANDERSON, Defendant-Appellant.**

No. 17-6785

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Helen Jean Anderson, Appellant Pro Se. Leesa Washington, Assistant United States Attorney, William Jacob Watkins, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Helen Jean Anderson appeals the district court's order denying her motion to compel the Government to file a Fed. R. Crim. P. 35(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Anderson*, No. 8:14-cr-00040-HMH-1 (D.S.C. May 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*